IT IS SO ORDERED.

DATED: November 1, 2023

*signature*

**STEPHEN V. WILSON**
**UNITED STATES DISTRICT JUDGE**

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON HAMAMURA an individual,<br><br>Plaintiff,<br><br>v.<br><br>ONERPM STUDIOS LLC, a foreign limited liability company; VERGE RECORDS INTERNATIONAL, INC., a foreign corporation; EMMANUEL ZUNZ, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-07657-SVW-MAA (Assigned to the Honorable Stephen V, Wilson)<br><br>*[Removed from Los Angeles Superior Court Case No. 23STCV18354]*<br><br>ORDER ON<br>**JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (A)(1)(A)(II)** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff ALLISON HAMAMURA ("Plaintiff") and Defendants ONERPM STUDIOS LLC, VERGE RECORDS INTERNATIONAL, INC., AND EMMANUEL ZUNZ ("Defendants"), by and through their respective counsel of record, HEREBY STIPULATE AND AGREE, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action is dismissed in its entirety and with prejudice as to all of Plaintiff's claims against Defendants, with each party bearing their own attorney's fees and costs.

DATE:  October 31, 2023          FISHER & PHILLIPS LLP

                                 */s/ J. Misa Keelan*
                             By: _____
                                 Anet Drapalski
                                 J. Misa Keelan
                                 Attorneys for Defendants
                                 ONERPM STUDIOS LLC, VERGE
                                 RECORDS INTERNATIONAL, INC., and
                                 EMMANUEL ZUNZ

DATE:  October 31, 2023          WAGNER LEGAL GROUP, P.C.

                                 */s/ Mark H. Wagner*
                             By: _____
                                 Mark H. Wagner
                                 Attorneys for Plaintiff
                                 ALLSION HAMAMURA